

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. F. Hickerson
County Auditor
Montgomery County
Conroe, Texas

Dear Sir:

Opinion No. 0-1914-A
Re: Commissioners' Court has no
authority to pay for stationery
and supplies for district court
reporters. Reconsideration of
opinion No. 0-1914.

Your request for opinion has been received and carefully considered by this department. We quote from your request as follows:

"Your opinion No. 0-1914 has been carefully read by me, and while I am in no way attempting to disagree with you, but it has occurred to me that the district court reporter and the district courts of the county are entitled to supplies and stationery the same as any other department.

"I am wondering if in your opinion it was not really intended when the court was set up to furnish the necessary tools to carry on the work.

"Looking at it from this viewpoint, what would be your opinion for the legality of supplying this material."

We have carefully reconsidered opinion No. 0-1914 of this department referred to in your letter. It is our opinion that said opinion is correct. A copy of this opinion is enclosed herewith.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable A. E. Hickerson, Page 2

        It is therefore our opinion that the Commissioners'
Court has no authority to expend County funds for supplies
and stationery for a district court reporter.

                                    Very truly yours

                                ATTORNEY GENERAL OF TEXAS

                          By

                                    Wm. J. Fanning
                                        Assistant

WJF:mp